**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

VOLUNTEER AG PRODUCTS, LLC

    Plaintiff,

v.

SOUTHEASTERN PRODUCE, LLC,
UTOPIA FARM LLC, CH ROBINSON
COMPANY, INC. t/a ROBINSON FRESH,
BRIAN H. TURNER, BRIAN J. SANDERS,
and RONALD W. CARTER,

    Defendants.
_____/

**CASE NO. 2:23-cv-00038-SPC-KCD**

**C.H. ROBINSON COMPANY, INC.'S UNOPPOSED MOTION FOR AN
ENLARGMENT OF TIME TO SUBMIT RESPONSE TO AMENDED COMPLAINT**

    CH Robinson Company, Inc. ("C.H. Robinson") respectfully moves this Court for a 20-day enlargement of time to respond to the Amended Complaint.

    1.    C.H. Robinson was served with the Summons and Amended Complaint on January 26, 2023. As such, C.H. Robinson's response to the Amended Complaint is currently due on February 17, 2023.

    2.    C.H. Robinson's counsel requires additional time to review and evaluate this case in advance of responding to the Amended Complaint.

    WHEREFORE C.H. Robinson respectfully requests 20 days additional time to March 9, 2023 to file its response to the Amended Complaint.

## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel contacted Plaintiff's counsel concerning the requested relief. Plaintiff's counsel indicated that Plaintiff does not oppose C.H. Robinson's request for a 20-day enlargement of time to respond to the Amended Complaint.

**MURPHY & ANDERSON, P.A.**

/s/ *Gerry Giurato*
**GERRY A. GIURATO** (Lead Counsel)
Florida Bar No. 0032548
ggiurato@murphyandersonlaw.com
pmarchman@murphyandersonlaw.com
**GEDDES D. ANDERSON**
Florida Bar No. 0138894
ganderson@murphyandersonlaw.com
**CATHERINE M. LICANDRO**
clicandro@murphyandersonlaw.com
acook@murphyandersonlaw.com
Florida Bar No.: 106015
1501 San Marco Blvd.
Jacksonville, FL  32207
904-598-9282 (phone)
904-598-9283 (fax)
*Counsel for CH Robinson Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2023 the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all current counsel of record.

/s/ *Gerry Giurato*