UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VOLUNTEER AG PRODUCTS, LLC,

    Plaintiff,

v.                                          Case No.:  2:23-cv-38-SPC-KCD

CH ROBINSON, INC., UTOPIA FARMS LLC, SOUTHEASTERN PRODUCE LLC, BRIAN H. TURNER, BRIAN J. SANDERS and RONALD W. CARTER,

    Defendants.
_____/

**ORDER**

This case was before the Court for oral argument on Defendant CH Robinson, Inc's Motion to Dismiss (Doc. 23) and Defendant Brian Turner's Motion to Dismiss (Doc. 25). For the reasons stated on the record, it is now **ORDERED**:

    1.    Plaintiff is directed to file an amended complaint within 30 days of this Order to address the pleading deficiencies identified by the Court;

    2.    Defendant CH Robinson, Inc's Motion to Dismiss (Doc. 23) and Defendant Brian Turner's Motion to Dismiss (Doc. 25) are therefore **DENIED AS MOOT**.

**ENTERED** in Fort Myers, Florida this May 17, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record